```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 17095
   LOLA ANN PAIGE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6205

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/30/2004 and was confirmed 06/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  82.88%.

     The case was paid in full 06/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           10000.00        1695.94       10000.00
AMERICREDIT FINANCIAL SV  UNSECURED           831.45            .00         689.08
ARONSON FURNITURE         SECURED             986.33         122.05         986.33
ARONSON FURNITURE         UNSECURED        NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED          2406.75            .00        1994.64
BP OIL/AMOCO              UNSECURED        NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED OTH      517.28            .00         428.74
AT & T WIRELESS           UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED          3090.00            .00        2560.90
CROSS COUNTRY BANK        UNSECURED        NOT FILED            .00             .00
CROSS COUNTRY BANK        UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED           208.06            .00         172.43
ROUNDUP FUNDING LLC       UNSECURED          1112.11            .00         921.68
PROVIDIAN                 UNSECURED        NOT FILED            .00             .00
PROVIDIAN                 UNSECURED        NOT FILED            .00             .00
SHERMAN FINANCIAL GROUP   UNSECURED        NOT FILED            .00             .00
SPIEGEL                   UNSECURED        NOT FILED            .00             .00
SPRINT                    UNSECURED        NOT FILED            .00             .00
TRANSOUTH                 UNSECURED        NOT FILED            .00             .00
VILLAGE OF NORRIDGE POLI  UNSECURED        NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           348.95            .00         289.20
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         1,362.02
DEBTOR REFUND             REFUND                                            269.05

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              24,192.06


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 17095 LOLA ANN PAIGE
```

```
PRIORITY                                                       .00
SECURED                                                  10,986.33
    INTEREST                                              1,817.99
UNSECURED                                                 7,056.67
ADMINISTRATIVE                                            2,700.00
TRUSTEE COMPENSATION                                      1,362.02
DEBTOR REFUND                                               269.05
                              ---------------     ---------------
TOTALS                              24,192.06           24,192.06
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
    Dated: 11/20/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

                            PAGE   2
        CASE NO. 04 B 17095 LOLA ANN PAIGE